# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

April 7, 2025

REF: 8568.01

WRITER'S DIRECT DIAL:
212-277-5825
drankin@blhny.com

**VIA ECF ONLY**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

      Re:    *Carrasquillo v. The City of New York, et al. 25-cv-01034* **(DLC)**

Your Honor:

      My office represents the plaintiffs in the above-entitled action. This matter is scheduled for a preliminary conference this Thursday, April 10, 2025, at 11:30 am. I respectfully move to adjourn this conference to a time of the Court's convenience. The reason for this request is the defendants have yet to answer, nor has their time to answer expired.

      Last week, I reached out to the Law Department to see what attorney has been assigned to this case. After I emailed Special Federal Litigation, I learned that this matter is going to be handled by General Litigation. They have yet to get back to me.

      Given as we would be unlikely to be able to accomplish much at a conference without the defendants, I respectfully request the conference be adjourned.

                                  Respectfully submitted,

                                    David B. Rankin