```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :   25cv1034(DLC)
SHENIQUA BRYANT CARRASQUILLO,          :
individually and as Administrator of   :   ORDER
the Estate of Anibal Carrasquillo,     :
Deceased,                              :
                                       :
                         Plaintiff,    :
              -v-                      :
                                       :
CITY OF NEW YORK, et al.,              :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

An Order of February 13, 2025 scheduled an initial pretrial conference in this case for April 10. Having received the plaintiff's April 7 letter requesting an adjournment, it is hereby

ORDERED that the plaintiff's request is granted. The conference is adjourned to **April 24, 2025** at **2:30 p.m.**

IT IS FURTHER ORDERED that the plaintiff shall promptly serve this Order on the defendants and file proof of such service on the docket no later than **April 10, 2025.**

Dated:   New York, New York
         April 8, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge