UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENIQUA BRYANT CARRASQUILLO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ANIBAL CARRASQUILLO, DECEASED<br><br>vs *Plaintiff*<br><br>THE CITY OF NEW YORK, ET AL<br><br> *Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:25-CV-01034-DLC<br>DATE FILED: 02/19/2025<br>Job #: 600395<br>Client File# BLH NO.8568.01<br><br>BELDOCK LEVINE & HOFFMAN LLP<br>99 PARK AVENUE PH 26TH FL<br>NEW YORK, NY 10016-1601 |

CLIENT'S FILE NO.: BLH NO.8568.01 **AFFIRMATION OF SERVICE**

I, MUATAZ AHMAD , affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 4/10/2025 at 11:03 AM at GEORGE R VIERNO CENTER 09-09 HAZEN STREET, EAST ELMHURST, NY 11370 deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT AND DEMAND FOR A JURY TRIAL, NOTICE OF PRETRIAL CONFERENCE, LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK, ELECTRONIC CASE FILING RULES & INSTRUCTIONS AND INDIVIDUAL PRACTICES IN CIVIL CASES OF DENISE COTE, UNITED STATES DISTRICT JUDGE, ORDER on CAPTAIN JONATHAN PETERS therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with MR. MIRANDA , CO WORKER  a person of suitable age and discretion at GEORGE R VIERNO CENTER 09-09 HAZEN STREET, EAST ELMHURST, NY 11370 said premises being the recipient's actual place of business within the State of New York.

Deponent completed service by depositing a copy of the documents listed above on 04/10/2025 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to GEORGE R VIERNO CENTER 09-09 HAZEN STREET, EAST ELMHURST, NY 11370
Deponent previously attempted to serve the above named individual on
04/07/2025 11:15 AM GEORGE R VIERNO CENTER 09-09 HAZEN STREET, EAST ELMHURST, NY 11370

Said documents were conformed with index number and date of filing endorsed thereon.

A perceived description of the person served on behalf of the defendant is as follows:
**Approx Age:** 36 - 50 Yrs., **Approx Weight:** Over 200 Lbs., **Approx Height:** 5' 9" - 6' 0", **Gender:** Male, **Approx Race:** Hispanic, **Approx Hair:** Black

Other:


Deponent spoke to MR. MIRANDA
Inquired as to the CAPTAIN JONATHAN PETERSs actual place of business and received a positive reply and confirmed the above address of CAPTAIN JONATHAN PETERS and asked whether CAPTAIN JONATHAN PETERS was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the CAPTAIN JONATHAN PETERS always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the CAPTAIN JONATHAN PETERS is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

I affirm this April 10, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment,that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



_____
MUATAZ AHMAD
2034169

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373