# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

June 16, 2025

REF: 8568.01

WRITER'S DIRECT DIAL:
212-277-5825
drankin@blhny.com

**VIA ECF ONLY**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

> Re:  **Carrasquillo v. City Of New York et al., 25-cv-01034-DLC**

Your Honor:

I represent the plaintiff in the above captioned matter. I write to respectfully request a brief adjournment of the pretrial conference presently scheduled for July 10, 2025, at 3:00 pm. The defendants consent to this request, and this is the first request for this relief from the plaintiff. The basis for this request is the undersigned will be out of the county on July 10th with family. We could have the associate on the case appear, but my preference is to handle the conference personally.

All counsel has conferred, and all are available on either July 21st or 24th, should Your Honor find that convenient.

We thank you for your attention to this matter.

Respectfully submitted,

David B. Rankin

*[Handwritten: The conference is adjourned to July 24 at 2:30 pm. /s/ 6/17/25]*