```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHENIQUA BRYANT CARRASQUILLO,            :    25cv1034 (DLC)
individually and as Administrator of     :
the Estate of Anibal Carrasquillo,       :    ORDER
Deceased,                                :
                                         :
                         Plaintiff,      :
              -v-                        :
                                         :
CITY OF NEW YORK, et al.,                :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on July 24, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **August 15, 2025**.

2. No additional parties may be joined or pleadings amended after **August 22, 2025**.

3. The parties are instructed to contact the chambers of Magistrate Judge Ona T. Wang prior to **August 1, 2025** in order to schedule settlement discussions under her supervision to occur in **September 2025**.

4. All fact discovery must be completed by **March 20, 2026**.

5. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **April 10, 2026**. Defendants' identification of experts and disclosure of expert testimony must occur by **May 1, 2026**.

6. All discovery must be completed by **May 29, 2026**.

1

7.  Any motion for summary judgment will be served by the following dates:

    - Motion served by **June 19, 2026**
    - Opposition served by **July 10, 2026**
    - Reply served by **July 24, 2026**

    At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

8.  In the event no motion is filed, the Joint Pretrial Order must be filed by **June 19, 2026**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

    SO ORDERED:

Dated:   New York, New York
         July 24, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge