**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SHENIQUA BRYANT CARRASQUILLO,           :
individually and as Administrator of the Estate :
of Anibal Carasquillo,                  :         25-CV-1034 (DLC) (OTW)
Deceased,                               :
                    Plaintiff,          :         ORDER
                                        :
         -against-                      :
                                        :
CITY OF NEW YORK, et al.,               :
                                        :
                    Defendants.         :
                                        :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 28 and 30.

The parties' request to adjourn the August 21, 2025, Preliminary Settlement Conference is **GRANTED.** The August 21 conference is hereby **ADJOURNED to September 9, 2025 at 3:00 PM.** Please call Chambers at 212-805-0260 when all counsel are on the line.

ECF 28 is **DENIED** as moot.

The Clerk of Court is respectfully directed to close ECF 28.

**SO ORDERED.**

Dated: August 15, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge