**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SHENIQUA BRYANT CARRASQUILLO,              :
individually and as Administrator of the Estate :
of Anibal Carasquillo,                     :         25-CV-1034 (DLC) (OTW)
Deceased,                                  :
                    Plaintiff,             :         ORDER
                                           :
            -against-                      :
                                           :
CITY OF NEW YORK, et al.,                  :
                                           :
                    Defendants.            :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference call on September 18, 2025.

As discussed at the September 18 Conference, parties are directed to submit the confidential *ex parte* settlement conference summary form and letter according to my individual practices via email to Chambers by **Friday, October 24, 2025**.

The Court will hold an in-person **Settlement Conference on Tuesday, October 28, 2025 at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

 _s/ Ona T. Wang_
Dated: September 18, 2025        **Ona T. Wang**
       New York, New York         United States Magistrate Judge