# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

December 16, 2025

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
212-277-5883
oclark@blhny.com

**VIA ECF ONLY**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *Sheniqua Bryant Carrasquillo, Individually and as Administrator of the Estate of Anibal Carrasquillo, Deceased, v. The City of New York, et al.*, 25-cv-01034 (DLC)

Your Honor:

Our office represents the plaintiff in the above captioned matter. We submit this joint letter on behalf of the Plaintiff and Counsel for the City of New York. These parties respectfully request an extension of time to file an application to restore this action. Currently, such an application is due on December 16, 2025. (*See* Dkt. 35). However, Plaintiffs require more time to have the settlement approved by the State Court.

Plaintiff's counsel is currently working with the plaintiff to develop a structured settlement plan. Once a settlement structure is finalized, which Plaintiff's counsel believes will be within the next few weeks, Plaintiff's counsel will prepare and submit the filings seeking approval from the State Court. From counsel's experience, such approval can take several weeks. Accordingly, we respectfully request that the deadline to file an application to restore this action be extended by three months to March 16, 2026. Should the matter be resolved more rapidly than that, we will provide Your Honor with an update sooner.

We thank Your Honor for your attention to this matter.

Respectfully Submitted,

M. Olivia Clark

Granted.
[signature]
12/17/25